STATE OF NEW JERSEY v. JOSEPH TAYLOR.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME PRITCHARD.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND COLLIER.

June 13, 1989.

Petition for certification granted and the judgment of the Appellate Division is summarily reversed and the matter is remanded to the trial court for reconsideration of the sentence in light of *State v. Yarbough*, 100 *N.J.* 627 (1985); *State v. Miller*, 108 *N.J.* 112 (1987); *State v. Baylass*, 114 *N.J.* 169 (1989); and *State v. Molina*, 114 *N.J.* 181 (1989).

STATE OF NEW JERSEY v. FRANK J. CAMPANILE.

June 13, 1989.

Petition for certification denied.